## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**DAVID LOTT, et al.**

     **Plaintiff,**

**v.**

**PANTHER DEVELOPMENT
INVESTMENTS, LLC**

     **Defendant.**

**Case No.  1:15-cv-00418**

**Judge Michael Barrett**

**ORDER GRANTING JOINT MOTION TO
APPROVE SETTLEMENT AGREEMENT
AND DISMISS CASE**

The parties' Joint Motion to Approve Settlement Agreement and Dismiss Case (Doc. 16) is well taken and hereby GRANTED.  The Court has reviewed the Settlement Agreement and approves the settlement of Plaintiffs' claims, including those asserted pursuant to the Fair Labor Standards Act.  The case is dismissed with prejudice but the Court shall have jurisdiction to enforce the terms of the Settlement Agreement.

IT IS SO ORDERED.

                    s/Michael R. Barrett
                    Judge Michael Barrett